IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv206

| | |
|---|---|
| **RODNEY F. POSTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ROCK TENN SMURFIT-STONE,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is Plaintiff's Motion to Proceed in forma pauperis [# 2]. Plaintiff alleges that he filed a charge of discrimination with the Equal Employment Opportunity Commission on October 26, 2009, alleging that he was discriminated against on September 1, 2009. Plaintiff further alleges that he received a Notice of Right to Sue on May 7, 2013. Plaintiff, however, failed to attach the Notice of Right to Sue to the Complaint. Accordingly, the Court **DIRECTS** Plaintiff to file a copy of the Notice of Right to Sue with the Court by August 14, 2013, at which time the Court will rule on his pending Motion to Proceed in forma pauperis.

Signed: July 23, 2013

_____
Dennis L. Howell
United States Magistrate Judge